Jane DOE, Plaintiff–Appellee,

v.

**TAYLOR INDEPENDENT SCHOOL DISTRICT, et al., Defendants,**

**Mike Caplinger, in His Official Capacities and Eddy Lankford, in His Official and Individual Capacities, Defendants–Appellants.**

No. 90–8431.

United States Court of Appeals, Fifth Circuit.

March 18, 1993.

Eric W. Schulze, Laurie Maniotis Rodriguez, Hairston, Walsh, Anderson, Underwood & Schulze, P.C., Austin, TX, for defendants-appellants.

Gwendolyn H. Gregory, August W. Steinhilber, Deputy Gen. Counsel, Nat'l School Boards Assoc., Alexandria, VA, for amicus-Nat'l School Boards Assoc.

David M. Feldman and Myra C. Schexnayder, Vinson & Elkins, L.L.P., Houston, TX, Brian D. East, Ellen Hahn, Daves, Hahn & Levy, Vella M. Fink, B. Craig Deats, Van Os, Deats, Rubinett & Owen, P.C., Austin, TX, for M. Caplinger and E. Lankford.

Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, E. GARZA, and DeMOSS, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.